Carter *et al. v.* Bishop, by next friend.

Duckworth, Chief Justice. The exception here is to a judgment overruling an amended motion for a new trial in a suit for damages. It is contended that the Supreme Court has jurisdiction, however, because

the constitutionality of certain rules promulgated by the Public Service Commission is drawn in question in the amended grounds by excepting to the charge applying those rules. The Constitution confers upon the Supreme Court jurisdiction to construe the Constitution and to determine the constitutionality of a State law. Constitution of 1945, art. 4, sec. 2, par. 4 (Code, Ann., § 2-3704). The various clauses of the Constitution here invoked are plain and unambiguous, hence require no construction but simply application which the Court of Appeals has jurisdiction to make. Constitution of 1945, art. 4, sec. 2, par. 8 (Code, Ann., § 2-3708); *Atlanta-Asheville Motor Express* v. *Superior Garment Mfg. Co.*, 206 *Ga.* 882 (59 S. E. 2d, 382), and citations. Furthermore, the rules here assailed are not "State laws" in contemplation of the Constitution. *Maner* v. *Dykes*, 183 *Ga.* 118 (187 S. E. 699). The Court of Appeals has jurisdiction of this writ of error and it will, accordingly, be transferred to that court.

*Transferred to the Court of Appeals. All the Justices concur, except Atkinson, P.J., not participating.*

No. 17869. Argued May 12, 1952—Decided June 9, 1952.

*Pittman, Hodge & Kinney* and *R. Carter Pittman,* for plaintiffs in error.

*Mitchell & Mitchell* and *Keener & Keener,* contra.